UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN GRIJALVA,<br><br>            Plaintiff,<br><br>   v.<br><br>DONNY YOUNGBLOOD, et al.,<br><br>            Defendants. | No. 1:25-cv-02077-SAB (PC)<br><br>ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED<br><br>(ECF No. 4) |

Plaintiff is proceeding pro se in this action filed pursuant to 42 U.S.C. § 1983.

On January 6, 2026, the Court ordered Plaintiff to submit an application to proceed in forma pauperis or pay the $405.00 filing fee within forty-five days. (ECF No. 4.) Plaintiff has not filed an application to proceed in forma pauperis or paid the $405.00 filing fee and the time to do so has passed. Accordingly, it is HEREBY ORDERED that Plaintiff shall show cause within fourteen (14) days from the date of service of this order why this action should not be dismissed for failure to comply with a court order. Plaintiff's failure to comply with this order will result in a recommendation to dismiss the action for failure to comply with a court order.

IT IS SO ORDERED.

Dated:    **February 18, 2026**                                  

STANLEY A. BOONE
United States Magistrate Judge

1