**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RUBEN GRIJALVA, | Case No. 1:25-cv-02077 KES SAB (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING ACTION WITHOUT PREJUDICE, AND DIRECTING CLERK OF COURT TO CLOSE CASE |
| v. | |
| DONNY YOUNGBLOOD, et al., | |
| Defendants. | Doc. 9 |

Ruben Grijalva initiated this action by filing a complaint and an unsigned application to proceed in forma pauperis. On January 6, 2026, the Court ordered Grijalva to submit a completed application to proceed in forma pauperis or pay the $405.00 filing fee within 45 days. Doc. 4. After Grijalva failed to respond to the order, the Court ordered Grijalva to show cause why the action should not be dismissed. Doc. 7. Again, Grijalva did not respond to the Court.

On March 16, 2026, the magistrate judge found Grijalva failed to obey Court orders and failed to prosecute this case. Doc. 9 at 1. The magistrate judge recommended dismissal after considering the factors governing terminating sanctions identified by the Ninth Circuit in *Henderson v. Duncan*, 779 F.2d 1421, 1423 (9th Cir. 1986). *Id.* at 1-3. The Court served the findings and recommendations on Grijalva and notified him that objections were due within 14 days. The Court also advised that failure to file timely objections may result in the waiver of rights on appeal. *Id.* at 3 (citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014)).

1

Grijalva did not file objections or otherwise respond to the Court.

Pursuant to 28 U.S.C. § 636(b)(1), the Court conducted a de novo review. Having carefully reviewed the matter, the Court concludes the findings and recommendations are supported by the record and proper analysis. The Court **ORDERS**:

1. The findings and recommendations issued on March 16, 2026 (Doc. 9) are **ADOPTED** in full.

2. This action is **DISMISSED** without prejudice for failure to obey Court orders and failure to prosecute.

3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:    April 14, 2026

_____
UNITED STATES DISTRICT JUDGE

2